UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

**Lawrence Frumusa Land Development LLC,**

Debtor

Case : 09-21126-JCN

Chapter 7

## OBJECTION TO APPLICATION OF MOSTER WYNNE RESSLER FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR DEBTOR

The members of the Unsecured Creditors Committee respectfully submits on behalf of Unsecured Creditors (UC) this Objection as stated above, with additional supporting facts and grounds as follows:

1. Unsecured Creditors Committee represents the unsecured creditors class currently scheduled at over one million three hundred thousand dollars ($1,300,000).

## Concern over events of July 20, 2009

2. The UC objects to the payment of any funds for the services of the Debtors Attorney.

3. The UC request a hearing to be able to questions the Debtor attorney in person for complete understanding.

## Actions Requested From the Court.

1. Unsecured Creditors request the Honorable Judge Ninfo to schedule a hearing to review the facts of this representation.

*Signature page to follow:*

[FILED 2009 OCT 14 PM 3:47 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER]

# UNITED STATES BANKRUPTCY COURT
## Western District of New York
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

---

In Re:

Lawrence Frumusa Land Development LLC

SSN/TaxID: 20-3712717

Case No.: 2-09-21126-JCN
Chapter: 7

Debtor(s)

---

PLEASE TAKE NOTICE that an Application for an Order to pay the following administrative expenses has been submitted by Moster Wynne Ressler, P.C., As Attorneys for the Debtor

| | |
|---|---|
| **Date or Period of Services:** | May 21, 2009 – August 10, 2009 |
| **Amount of Compensation:** | 111,754.50 |
| **Amount of Retainer:** | None |
| **Amount of Reimbursement:** | 4,579.40 |
| **Total of Previous Awards:** | None |

If objecting to the above referenced fees, please indicate your intention by selecting one of the following:

[ ] **OBJECTION:** **No hearing requested–The Court will take the objection into consideration in making its decision.**

[ ] **OBJECTION:** **Hearing requested—To present oral argument.**

[ ] **OBJECTION:** **Hearing requested to:**
   [ ] **Present testimony under oath.**
   [ ] **Oral argument and testimony.**

You are advised that if you desire to oppose the Application, **you must complete this form, sign it, and also file a sworn written objection with the Court, U.S. Trustee and applicant by October 14, 2009.**

If a written objection is filed, the objecting party and the applicant will be notified by the Court of the date for which a formal hearing is scheduled. Failure to file a sworn written objection will result in your papers not being processed.

You are further advised that whether or not opposition to the Applicant is entered, the Court will assess the Application and allow only such amounts as it deems reasonable.

*[signature]*
SBM Insurance Co Inc
Name of objecting party
380 Cedar Creek Trl
Address
Rochester NY 14626

Dated: September 21, 2009

Paul R. Warren
Clerk, U.S. Bankruptcy Court

**Form feentcR**
Doc 289

**DATED:** October 06, 2009   Respectfully submitted and sworn to by undersigned, as *Pro-Se* representation and member of Unsecured Creditors Committee.

Greater Rochester Painting and Remolding., Inc

By: John Giordano   CEO Greater Rochester Painting and Remolding., Inc.

STATE OF NEW YORK)
COUNTY OF MONROE) SS:
On the 6th day of October in the year 2009, before me, the undersigned, personally appeared John Giordano, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his / her/their capacity(ies), in his(her/their) capacity and that by his(her/their) sign on the instrument, the individual(s), or the person / entity upon behalf of which the individual acted, the instrument.

Notary

SHELLEY M. BIERWORTH
No. 01BI6135500
Notary Public, State of New York
Qualified in Monroe County
My Commission Expires 10/17/09

**DATED:** October 06, 2009   Respectfully submitted and sworn to by undersigned,   as *Pro-Se representation and member of Unsecured Creditors Committee.*

SBM Interiors Co., Inc.

_/s/ Bunce_
By: Gary Bunce CEO SBM Interiors Co., Inc.

STATE OF NEW YORK)`
COUNTY OF MONROE) SS:

On the <u>6th day of October</u> in the year 2009, before me, the undersigned, personally appeared Gary Bunce, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his / her/their capacity(ies), in his(her/their) capacity and that by his(her/their) sign on the instrument, the individual(s), or the person / entity upon behalf of which the individual acted, the instrument.

Notary  _/s/ Shelley M. Bierworth_

SHELLEY M. BIERWORTH
No. 01BI6135500
Notary Public, State of New York
Qualified in Monroe County
My Commission Expires 10/17/___