UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

LAWRENCE FRUMUSA LAND            Case No.: 09-21126
DEVELOPMENT LLC.           Chapter 7

Debtor(s).

## ORDER

**BEFORE HON. JOHN C. NINFO, II:**

The above matter having been scheduled on October 7, 2009 for a Motion for Sale of Property under Section 363(b), or in the alternative, Motion for Relief from Stay, and the following parties having appeared:

    Jeffrey Dove, Atty for Monroe Capital, Inc.
    Michael Arnold, Chapter 7 Trustee.
    David Capriotti, Atty for Lee Woodard, Chapter 7 Trustee for Mr. Frumusa.
    Kathleen Schmitt, Office of US Trustee.
    John McAndrew, Atty for William B. Morse Lumber Co., Inc.
    Mr. Lawrence Frumusa, debtor.

it is hereby

**ORDERED** that this case is adjourned to the Evidentiary Hearing Calendar to be held on October 28, 2009, at 9:00 a.m. at 1550 U.S. Courthouse, 100 State Street, Rochester, NY.

BY THE COURT,



Dated: October 15, 2009
      Rochester, New York

HON. JOHN C. NINFO, II
U. S. BANKRUPTCY JUDGE

FILED
OCT 15 2009
BANKRUPTCY COURT
ROCHESTER, NY